BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VEGA )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>Defendant. )<br>) | Case No.  CIV-07-585 CMK<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 17, 2007 to November 16, 2007.   This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated:  October 9, 2007 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: October 11, 2007         McGregor W. Scott

United States Attorney

By: */s/ Donna Montano*
DONNA MONTANO

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

### ORDER

Plaintiff's time to file the summary judgment in this case is hereby extended from October 17, 2007 to November 16, 2007.

APPROVED AND SO ORDERED.

DATED:  October 15, 2007

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2