1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
3  Social Security Administration
ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
San Francisco, California 94105
6      Telephone:  (415) 977-8937
Facsimile:  (415) 744-0134
7      Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
10
                **SACRAMENTO DIVISION**
11

12  SAMUEL VEGA,                          )
                                          )      CIVIL NO. 2:07-CV-00585-CMK
13      Plaintiff,                        )
                                          )
14          v.                            )      STIPULATION AND ORDER APPROVING
                                          )      SETTLEMENT OF ATTORNEY FEES
15  MICHAEL J. ASTRUE,                    )      PURSUANT TO THE EQUAL ACCESS TO
Commissioner of                          )      JUSTICE ACT
16  Social Security,                      )
                                          )
17      Defendant.                        )
_____ )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

20  subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the

21  Equal Access to Justice Act, (EAJA) in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS

22  ($6,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff

23  by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

24      This stipulation does not constitute an admission of liability on the part of Defendant under the

25  EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and

26  all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

27  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

28  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

1

2    Dated: July 18, 2008              /s/*Bess M. Brewer*
                                        *(As authorized via email*)

3                                      BESS M. BREWER
                                        Attorney for Plaintiff
4

5                                      McGREGOR W. SCOTT
                                        United States Attorney
6

7    Dated: July 18, 2008     By:     /s/ *Elizabeth Firer*
                                        ELIZABETH FIRER
8                                      Special Assistant United States Attorney

9

10   PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be

11   awarded attorney fees in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS ($6,500.00), as

12   authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

13    DATED:  July 23, 2008

14

15                                      _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28